October 4, 2012



# JUDGMENT

# The Fourteenth Court of Appeals

CHRISTINE E. REULE, Appellant

NO. 14-12-00849-CV                    V.

M & T MORTGAGE, M & T BANK BAYVIEW LOAN SERVICING, LLC, BAYVIEW FINANCIAL TRADING GROUP, LP, BAYVIEW FINANCIAL LP AND HUGHS, WATTERS, ASKANASE, LLP, Appellees

_____

Today the Court heard appellee's motion to dismiss this attempted interlocutory appeal. Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

We further order that all costs incurred by reason of this appeal be paid by appellant, Christine E. Reule.

We further order this decision certified below for observance.